# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**SCOTT CATANZARO,**

 **Plaintiff,**

**v.**           **Case No. 8:05-cv-1457-T-30TGW**

**HOME DEPOT U.S.A., INC.,**

 **Defendant.**

_____/

## <u>ORDER OF DISMISSAL</u>

 The Court has been advised by Attorney Robert Blank that the above-styled action has been settled.  Accordingly, pursuant to Local Rule 3.08(b) of the M.D.Fla., it is

 **ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED** without prejudice subject to the right of any party to re-open the action within <u>sixty (60) days</u> of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*.  After that 60-day period, however, dismissal shall be with prejudice.  All pending motions, if any,  are **DENIED** as moot.  The Clerk is directed to close the file.

 **DONE** and **ORDERED** in Tampa, Florida on June 12, 2006.

_____
**JAMES S. MOODY, JR.**
**UNITED STATES DISTRICT JUDGE**

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2005\05-cv-1457.dismissal.wpd