UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SCOTT CATANZARO,

        Plaintiff,        CASE NO.: 8:05 CV 1457-730

vs.                           DIVISION: TGW

HOME DEPOT U.S.A., INC.,
a foreign corporation,

        Defendant.

## ORDER DISMISSING ALL CLAIMS WITH PREJUDICE

THIS CAUSE came before the Court upon the foregoing Joint Motion for Dismissal with Prejudice of All Claims Plaintiff Scott Catanzaro against Defendant Home Depot U.S.A., Inc., the Court having reviewed the Stipulation and being otherwise duly advised in the premises, it is hereby,

**ORDERED AND ADJUDGED:**

1.    All claims brought by Plaintiff Scott Catanzaro against Defendant Home Depot U.S.A., Inc. are hereby dismissed with prejudice.

2.    The parties shall each bear their respective costs and attorneys' fees.

3.    All liens and subrogated interests will be paid by Plaintiff out of the proceeds of the settlement made in this case.

**DONE AND ORDERED** in Chambers at United States District Court, Middle District of Florida, Tampa Division, on this ___ day of June, 2006.

United States District Judge

Copies furnished to:
Marcus S. Lawrence, Jr., Esquire
Paul E. Berg, Esquire